# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0812
LT Case No. 2013-CF-6715-A

_____

DETARSHA C. BRADLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


3.850 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Detarsha Castro Bradley, Miami, pro se.

Ashley Moody, Attorney General and Michael McDermott, Assistant Attorney General, Tallahassee, for Appellee.

April 2, 2024


PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and LAMBERT and KILBANE, JJ., concur.

––––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––––